UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTINE SEHOLM | : | CIVIL ACTION NO. |
| | : | 3:15-cv-00782-WWE |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| J. C. PENNEY CORPORATION, INC. | : | |
| | : | |
| Defendant | : | AUGUST 9, 2018 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate that the above-captioned matter is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, any interest and attorneys' fees, and all rights of sanction awards and appeal waived.

                        PLAINTIFF,

By:   //ct00401//_____
William B. Wynne
Adler Law Group, LLC
111 Founders Plaza, Suite 1102
East Hartford, CT 06108
Telephone: (860) 282-8686
Facsimile: (860) 282-8688
Email: wwynne@adlerlawgroupllc.com
Federal Bar # ct00401

## **CERTIFICATION**

I hereby certify that on August 9, 2018, a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all appearing parties by operation of the Court's electronic filing system, and via United States First Class Mail, postage prepaid, to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system:

Ryan P. Sullivan, Esq.
Esty & Buckmir, LLC
2340 Whitney Avenue
Hamden, CT 06518
Tel: 203.248.5678
Fax 203.288.9974

          ___//ct00401//_____
          William B. Wynne